IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM MCGROTHERS,

      Plaintiff,                                      Civil Action 2:20-cv-4050
                                                            Chief Judge Algenon L. Marbley
      v.                                                  Magistrate Judge Elizabeth P. Deavers

GT PIZZA, INC., *et al.*,

      Defendants.

### ORDER

      This matter is before the Court for consideration of the Joint Motion to Continue the Stay. (ECF No. 45.)  The Motion is **GRANTED**.  This case is hereby **STAYED** so that the parties can continue to engage in early resolution efforts.  The parties are **ORDERED** to file a **JOINT WRITTEN STATUS REPORT**, detailing the status, but not the substance, of their settlement efforts for this case, on or before **FEBRUARY 28, 2022**.

      Separately, the Court notes that the subject Motion, ECF No. 45, was not signed by either of the parties' trial attorneys.  *See* S.D. Ohio Civ. R. 83.4(a) ("Each filing made on behalf of such parties shall identify and be signed by the trial attorney.").  The parties are **CAUTIONED** that future filings which are not signed by the parties' trial attorneys will be **STRICKEN**.  Further, Emily Hubbard is **DIRECTED** to file an Appearance if she wishes to represent Plaintiff in this action.

      IT IS SO ORDERED.

**Date: January 14, 2022**                        /s/ *Elizabeth A. Preston Deavers*
                                                      **ELIZABETH A. PRESTON DEAVERS**
                                                      **UNITED STATES MAGISTRATE JUDGE**

Case: 2:20-cv-04050-ALM-EPD Doc #: 46 Filed: 01/14/22 Page: 2 of 2  PAGEID #: 381