IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

WILLIAM MCGROTHERS,

      Plaintiff,                               Civil Action 2:20-cv-4050
                                            Chief Judge Algenon L. Marbley
    v.                                           Magistrate Judge Elizabeth P. Deavers

GT PIZZA, INC., *et al.*,

      Defendants.

## ORDER

This matter is before the Court for consideration of a Notice of Withdrawal of Co-Counsel. (ECF No. 60.) Defendants' trial attorney Michael B. Mattingly seeks to withdraw co-counsel Lindsey N. Boyd. (*Id.*)

The subject Notice of Withdrawal, however, fails to comply with Southern District of Ohio Local Civil Rule 83.4. Specifically, Local Rule 83.4 states in pertinent part that "[n]o attorney of record may withdraw, nor may any other attorney file an appearance as a substitute for an attorney of record without first . . . obtaining leave of Court." S.D. Ohio Civ. R. 83.4(b). The subject Notice of Substitution, however, does not seek leave of Court. (ECF No. 60.) Nevertheless, construing the Notice as a Motion for Leave to Withdraw, the Court **GRANTS** the Motion, and attorney Lindsey N. Boyd is **WITHDRAWN** as Defendants' co-counsel in this action.

    IT IS SO ORDERED.

Date: May 19, 2022                  /s/ *Elizabeth A. Preston Deavers*
                                              **ELIZABETH A. PRESTON DEAVERS**
                                              **UNITED STATES MAGISTRATE JUDGE**